## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:09-cv-00548-W

| | | |
|---|---|---|
| CONBRACO INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ELMCO/DUDDY, INC., and ELMCO & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | ) | |

THIS MATTER is before the Court on several motions. Most recently, the parties filed a Joint Motion to Modify the Case Management Order (Doc. No. 22). For the reasons stated in the consent motion, the motion is GRANTED. The Pretrial Order and Case Management Plan (Doc. No. 18) shall be modified to reflect the following new deadlines[1] (all other portions, including the substantive portions contained therein shall remain the same):

---

### DEADLINES AT A GLANCE

| | |
|---|---|
| **Expert Reports:** | |
|     **Party w/ Burden of Proof** | **October 5, 2010** |
|     **Opposition** | **November 2, 2010** |
|     **Rebuttal** | **November 30, 2010** |
| **Discovery Completion:** | **November 30, 2010** |
| **ADR:** | **December 13, 2010** |
| **Dispositive Motions (filed):** | **December 27, 2010** |
| **Dispositive Motions (hearing):** | **Week of April 4-8, 2011** |
| **Pretrial Submissions:** | **7 calendar days before FPC** |
| **Final Pretrial Conference (FPC):** | **Week of April 25-29, 2011** |
| **Trial Setting:** | **Term beginning May 9, 2011** |

---

[1]The hearing, pretrial conference, and trial dates proposed by the parties in their motion did not correspond to the Court's scheduled court calendar as set by the Clerk's office. See 3:07-mc-47 (Doc. No. 1). The Court has therefore adjusted those dates accordingly.

In its filing, Defendant Elmco and Associates requested leave of Court to withdraw its Motion to Intervene (Doc. No. 12). Leave of Court is hereby GRANTED, and the Clerk's office is directed to terminate that motion accordingly.

Also before the Court are Plaintiff Conbraco's Motions to Dismiss and for Judgment on the Pleadings (Doc. No. 9 in 3:09-cv-548, Doc. No. 10 in 3:10-cv-87), wherein Plaintiff seeks dismissal of Defendants' counterclaims. Having considered the serious allegations in the Defendants' counterclaims, the Court believes that the determination of the legal sufficiency of the Defendants' counterclaims should be deferred until the next dispositive stage of litigation. See Flue-Cured Tobacco Co-op. Stabilization Corp. v. U.S. EPA, 857 F. Supp. 1137, 1145 (M.D.N.C. 1994) ("This claim can be adjudicated more accurately after the parties have developed the factual record."); Initial Scheduling Order, 3:07-MC-47 (Doc. No. 2) at 3(c)(2) ("[T]he Court may elect to defer ruling on issues raised in Rule 12 and similar motions until the close of discovery."). Therefore, Plaintiff's Motion to Dismiss and Motion for Judgment on the Pleadings against Elmco/Duddy, Inc. (Doc. No. 9 in 3:09-cv-548) is DENIED. To the extent it is still a live motion, and for the same reasons, Plaintiff's Motion to Dismiss and Motion for Judgment on the Pleadings against Elmco & Associates, Inc. (Doc. No. 10 in 3:10-cv-87) is DENIED. The Court will revisit the merits of the Defendants' allegations at the conclusion of discovery on a Rule 56 motion for summary judgment.

IT IS SO ORDERED.

Signed: July 26, 2010

Frank D. Whitney
United States District Judge